IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW CHARLES WEBSTER,

       Appellant,

 v.                              Case No.  5D22-572
                                      LT Case Nos. 2021-CF-501-X
                                                 2021-CF-948-X

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for St. Johns County,
Howard M. Maltz, Judge.

Matthew J. Metz, Public Defender,
and Victoria Rose Cordero,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.